SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
STEPHEN S. KORNICZKY, Cal. Bar No.135532
  skorniczky@sheppardmullin.com
MARTIN R. BADER, Cal. Bar No. 222865
  mbader@sheppardmullin.com
ERICKA J. SCHULZ, Cal Bar No. 246667
  eschulz@sheppardmullin.com
RYAN P. CUNNINGHAM, Cal Bar No. 275813
  rcunningham@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California 92130-2006
Telephone: 858.720.8900
Facsimile: 858.509.3691

MONA SOLOUKI, Cal Bar No. 215145
  msolouki@sheppardmullin.com
Four Embarcadero Center, Seventeenth Floor
San Francisco, CA 94111
Telephone: 415.434.9100
Facsimile: 415.434.3947

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U-BLOX AG, U-BLOX SAN DIEGO, INC., AND U-BLOX AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTERDIGITAL, INC.; INTERDIGITAL COMMUNICATIONS, INC; INTERDIGITAL TECHNOLOGY CORPORATION; INTERDIGITAL PATENT HOLDINGS, INC.; INTERDIGITAL HOLDINGS, INC.; and IPR LICENSING, INC., <br><br> Defendants. | Case No. 3:23-cv-0002-BEN-DEB <br><br> **PLAINTIFFS' *EX PARTE* MOTION TO SEAL PORTIONS OF COMPLAINT** <br><br> **JURY TRIAL DEMANDED** |

1    Pursuant to Federal Rule of Civil Procedure 26(c) and Local Rule 79.2(c), Plaintiffs
2  u-blox AG, u-blox San Diego, Inc., and u-blox America, Inc. ("u-blox"), by and through
3  their counsel, request leave to seal certain portions of their Complaint against Defendants
4  InterDigital, Inc., InterDigital Communications, Inc., InterDigital Technology Corporation,
5  InterDigital Patent Holdings, Inc., InterDigital Holdings, Inc., and IPR Licensing, Inc.
6  ("InterDigital").

## ARGUMENT

8    Federal law creates a strong presumption in favor of public access to court records,
9  but this right of access is not absolute. *Brightwell v. McMillan*, 2017 U.S. Dist. LEXIS
10  192886, at *2 (S.D. Cal. Nov. 20, 2017) (citing *San Jose Mercury News, Inc. v. U.S. Dist.
11  Court-N. Dist. (San Jose)*, 187 F.3d 1096, 1102 (9th Cir. 1999)). When a district court is
12  asked to seal court records in a civil case, the presumption in favor of access can be
13  overcome by a showing of "sufficiently important countervailing interests." *Id*. On that
14  basis, courts have routinely permitted parties to file contracts and/or the negotiations
15  related to such contacts under seal when they contain confidential commercial information.
16  *See, e.g., McCurley v. Royal Seas Cruises, Inc.*, 2018 U.S. Dist. LEXIS 128359, at *5
17  (S.D. Cal. July 31, 2018) (collecting cases); *I3 Brands, Inc. v. CDK Glob., LLC*, No.
18  19CV252-MMA (KSC), 2019 WL 13199741, at *1 (S.D. Cal. Feb. 8, 2019).

19    u-blox's Complaint contains allegations regarding the terms of particular licenses
20  between u-blox and InterDigital and descriptions of the negotiations related to such
21  licenses.  Under those agreements, u-blox agreed that they would maintain the
22  confidentiality of the contractual terms, the negotiation process, and would not disclose
23  them to third parties. If this information is disclosed to the public, competitors of the
24  parties could conceivably use this information to their advantage. *See McCurley*, 2018 U.S.
25  Dist. LEXIS 128359 at *5; *see also I3 Brands*, 2019 WL 13199741 (granting motion to
26  seal complaint where parties agreed to keep contractual terms confidential).

27    For the foregoing reasons, u-blox respectfully requests that the Court grant its *Ex
28  Parte* Motion to Seal Portions of Complaint and permit it to file a public version of its

-1-

Complaint in which it redacts the allegations in its Complaint that disclose terms contained in their aforementioned licenses with InterDigital and the negotiations related thereto.

Dated: January 3, 2023                SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      /s/ Stephen S. Korniczky
STEPHEN S. KORNICZKY
MARTIN R. BADER
ERICKA J. SCHULZ
RYAN P. CUNNINGHAM

*Attorneys for Plaintiffs u-blox AG, u-blox San Diego, Inc., and u-blox America, Inc.*